COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-166-CV

 

L.C. WEBSTER,
INDIVIDUALLY,                                             
APPELLANT 

AND AS REPRESENTATIVE OF 

THE ESTATE OF EXIE L.
WEBSTER,

DECEASED                                                                                         

                                                    

V.

 

LLOYD W. DOUGLAS,                                                            
APPELLEES

WHISPERING PINES LODGE I,
LLP, 

WHISPERING PINES LODGE,
LLC 

AND SUNFLOWER PARK HEALTH


CARE,
INC.                                                                                         

                                                                                                        

                                               ----------

            FROM
THE  17TH DISTRICT COURT OF
TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

 








 

Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.

 

PER CURIAM

 

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

 

DELIVERED:  November 8, 2007











[1]See Tex. R. App. P. 47.4.